# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: _____

Plaintiff     Fernando Mesa Valderrama

**04 - 20670**

Defendant    United States of America

**CIV - KING**

## SUMMONS

MAGISTRATE JUDGE
O'SULLIVAN

TO: Office of the United States Attorney
99 NE 4th Street
Miami, FL 33132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLANTIFF'S ATTORNEY

William V. Roppolo
Ellsworth Roppolo, P.A.
404 Washington Ave
Suite 750
Miami Beach, FL 33139

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK                                    DATE   MAR 2 2 2004

(BY) DEPUTY CLERK